## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Ijaba Ahmed, John McClellan,                                Civil No. 07-3965 (RHK/JSM)

                              Plaintiffs,              **ORDER**

v.

JCPenny, a/k/a JC Penny Corp Inc.

                              Defendant.

_____

      Pursuant to Plaintiff's Motion to Dismiss Without Prejudice (Doc. No. 4), **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.


Dated: October 11, 2007                              s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge